USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/03/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FABIOLA MERCADO, <br><br>                              Plaintiff, <br><br>         -against- <br><br> PETSMART, LLC, <br><br>                              Defendant. | ORDER SCHEDULING CASE MANAGEMENT CONFERENCE <br><br> 1:21-CV-07162(JFK)(KHP) |

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

This case has been referred to me for general pretrial supervision purposes (Doc. No. 11).  A Case Management Conference in this matter will be held on **Monday, December 6, 2021 at 11:30 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.

SO ORDERED.

Dated:   November 3, 2021
         New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge