USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/7/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FABIOLA MERCADO,

                Plaintiff,

-against-

PETSMART, LLC,

                Defendant.

**ORDER**

1:21-CV-07162 (JFK)(KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

On December 6, 2021 a case management conference was held where the Court ordered Defendant to produce the incident report and video footage of the incident to Plaintiff by December 30, 2021. Additionally, the parties are required to provide a joint status letter by February 28, 2022.

SO ORDERED.

Dated:   December 7, 2021
           New York, New York

                                                  KATHARINE H. PARKER
                                                United States Magistrate Judge