USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/1/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FABIOLA MERCADO,

                  Plaintiff,

-against-

PETSMART, LLC,

                  Defendant.

**ORDER**

1:21-CV-07162 (JFK)(KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      On March 1, 2022, the Court received a joint submission status report informing the Court that it is ready to proceed with the remaining discovery process. The Court notes that this was not filed on the docket. All communications with the Court need to be filed on ECF.

      The Court has scheduled a telephonic case management conference for April 14, 2022 at 11:30 a.m. Counsel for the parties are directed to call into Judge Parker's AT&T Conference line at the scheduled time. Please call (866) 434-5269, access code: 4858267.

SO ORDERED.

Dated: March 1, 2022
New York, New York

*Katharine H Parker*

KATHARINE H. PARKER
United States Magistrate Judge