

**SETH B. RUBINE, ESQ**

201 WEST PASSAIC ST, SUITE 203
ROCHELLE PARK, NJ 07662

SRUBINE@RUBINECHA.COM

O 201-857-5815
M 917-494-7384
F 877-533-9898

RUBINECHA.COM

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/01/2022
```

**MEMO ENDORSED**

March 31, 2022

*Via ECF*
U.S. Magistrate Judge Katharine H. Parker
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
Courtroom 17D
New York, New York 10007

      Re:    Fabiola Mercado vs. PetSmart LLC
            U.S. District Court, Southern District of New York
            Civil Action No: 1:21-cv-07162-(JFK)(KHP)

Dear Judge Parker:

      Please be reminded that my office represents the defendant, PetSmart LLC in the above-referenced matter, which is presently scheduled for a Status Conference before Your Honor on **April 14, 2022** at 11:30 a.m.  With the consent of Jihun Park, Esquirem, counsel for the plaintiff, I am writing to request an adjournment. I will be away on vacation with my family and more specifically, at Magic Kingdom on April 14th to celebrate my daughter's birthday. Mr. Park and I should be available the week of April 18th to conduct the conference or anytime thereafter that works with your calendar.

      I thank you in advance for your time and consideration. Should you have any questions or concerns, please do not hesitate to contact me.

                        Respectfully yours,

                        RUBINE + CHA, LLC

                        SETH B. RUBINE

SBR/jn
cc:
*Via ECF*
Jihun Park, Esq.
Law Offices of Dominick W. Lavelle
152 Forest Avenue
Locust Valley, NY 11560

> **APPLICATION GRANTED:** The Case Management Conference in this matter scheduled for Thursday, April 14, 2022, at 11:30 a.m. is hereby rescheduled to Wednesday, April 27, 2022 at 12:15 p.m.  Counsel for the parties are directed to call Judge Parker's AT&T conference line at the scheduled time.  Please dial (866) 434-5269; access code 4858267.
>
> **APPLICATION GRANTED**
>
> Hon. Katharine H. Parker, U.S.M.J.
>
> 04/01/2022