USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/27/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FABIOLA MERCADO,

          Plaintiff,

-against-

PETSMART, LLC,

          Defendant.

**ORDER**

1:21-CV-07162 (JFK)(KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

    On April 27, 2022, the Court held a case management conference. As discussed at the conference, Plaintiff shall make a settlement demand by June 3, 2022, following Plaintiff's deposition. The parties shall file a joint status letter by June 10, 2022 and at that time notify the Court whether they believe a settlement conference would be helpful.

    Plaintiff's counsel Park shall file a notice of appearance and is reminded to comply with the rules of this Court requiring that all court filings be done through ECF.

SO ORDERED.

Dated: April 27, 2022
       New York, New York

*Katharine H Parker*

KATHARINE H. PARKER
United States Magistrate Judge