UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
       Mercado

          -V-                                          #21 Cv 7162 (JFK)

       PetSmart
------------------------------X

The conference is adjourned from June 8, 2022 to June 14, 2022 at 11:15 a.m., in Courtroom 20-C.

SO ORDERED.

Dated: New York, New York

6-6-22

JOHN F. KEENAN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-6-22