UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
       Mercado                  :

           -V-                 :       #21 Cv 7162 (JFK)

       PetSmart              :

------------------------------X

The conference is adjourned from June 14, 2022 to July 12, 2022 at 11:30 a.m., in Courtroom 20-C.

SO ORDERED.

Dated: New York, New York
6-9-22

[signature]

JOHN F. KEENAN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6-9-22