```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/13/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FABIOLA MERCADO,

                Plaintiff,

      -against-

PETSMART, LLC,

                Defendant.

**ORDER**

1:21-CV-07162 (JFK)(KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      On June 10, 2022, the parties submitted a letter informing the Court that the deposition of Defendant is scheduled for June 29, 2022. The deadline for completion of discovery was May 31, 2022. (ECF No. 12.) Nonetheless, the Court will extend the deadline for purpose of completing the scheduled deposition to June 30, 2022. The parties are reminded of the "good cause" standard for seeking extensions of scheduling orders under Rule 26.

      Additionally, pursuant to the Court's order at ECF No. 21, Plaintiff's counsel Jihun Park is directed to file a notice of appearance by Monday, June 20, 2022.

      Finally, a telephonic Case Management Conference is scheduled on **Wednesday, June 29, 2022, at 12:30 p.m.** Counsel for the parties are directed to call Judge Parker's AT&T conference line at the scheduled time. Please call (866) 434-5269, access code: 4858267.

SO ORDERED.

Dated:  June 13, 2022
           New York, New York

                                                  KATHARINE H. PARKER
                                                United States Magistrate Judge