UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FABIOLA MERCADO,<br><br>      Plaintiff,<br><br>  -against-<br><br>PETSMART, LLC,<br><br>      Defendant. | **ORDER**<br><br>1:21-CV-07162 (JFK)(KHP) |

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

The deadline to complete discovery is extended to **Friday, July 29, 2022**. All depositions and any Independent Medical Examination shall be completed by that date.

  **SO ORDERED.**

Dated: July 5, 2022
    New York, New York

*Katharine H Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge