UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

Mercado

-V-

PetSmart

#21-cv-7162 (JFK)

------------------------------------X

The conference in this case is adjourned from July 12, 2022 to September 20, 2022 at 11:00 am in Courtroom 20-C

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7-5-22

SO ORDERED.

Dated: New York, New York
7-5-22

John F. Keenan
JOHN F. KEENAN
United States District Judge