USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/08/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
             :
FABIOLA MERCADO,              :
            Plaintiff,     :
             :           21-CV-7162(VEC)
      -against-            :
             :           <u>ORDER</u>
             :
PETSMART LLC,              :
            Defendant.   :
             :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

        WHEREAS this case was reassigned to the Undersigned on September 7, 2022;

        WHEREAS a status conference in this matter is currently scheduled before the Undersigned on September 20, 2022, Dkt. 31; and

        WHEREAS a settlement conference is matter is scheduled before Magistrate Judge Parker on September 14, 2022, Dkt. 29.

        IT IS HEREBY ORDERED that the status conference is adjourned *sine die* while the parties engage in settlement discussions.  By no later than one week after the conclusion of the settlement conference, the parties must submit a joint update by filing a letter on ECF.

**SO ORDERED.**

Date: **September 8, 2022**
       **New York, NY**
                                               _____
                                                   **VALERIE CAPRONI**
                                                   **United States District Judge**