```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/13/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FABIOLA MERCADO,<br><br>                  Plaintiff,<br><br>    -against-<br><br>PETSMART, LLC,<br><br>                  Defendant. | ORDER RESCHEDULING SETTLEMENT CONFERENCE<br><br>1:21-CV-07162 (JFK)(KHP) |

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      The settlement conference in this matter scheduled for Wednesday, September 14, 2022 at 2:00 p.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to **Tuesday, November 29, 2022 at 2:00 p.m.**  Parties must attend in-person with their counsel.  **Plaintiff is required to attend this conference in person, and bring their own interpreter.**  Corporate parties must send the person with decision making authority to settle the matter to the conference.  The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice.  Pre-conference submissions must be received by the Court no later than **November 22, 2022 by 5:00 p.m.**

      SO ORDERED.

Dated:   September 13, 2022
              New York, New York

*Katharine H Parker*

                                                KATHARINE H. PARKER
                                                United States Magistrate Judge